IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

PRISONER COMPLAINT [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

Booker T. Johnson
Name under which you were convicted

274520
Your prison number

vs.

CIVIL ACTION NO. 13-624-WS-B
(To be supplied by Clerk of Court)

Jo-Beth Murphree / John Tyson Jr.
Name of Defendant(s)

Draper Correctional Facility
Place of Confinement and Address

INSTRUCTIONS - READ CAREFULLY

A. **Complaint Form.** You must file your original complaint and a copy for each named Defendant. Your complaint must be clearly handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. Any false statement of material fact may serve as the basis for prosecution for perjury.

B. **Proper Court.** Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. **Separate Case.** It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

Revised 6/3/96

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

E. <u>Pleading the Complaint</u>. Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to</u> <u>each</u> <u>defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the $150.00 filing fee or a motion to proceed without prepayment of fees and costs if you are unable to afford the filing fee and other costs associated with prosecuting this action.

   If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

   If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees and Costs" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

   Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $150.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket</u> <u>number</u>. Every pleading must be signed by you and must contain your address and telephone number, if any;

2

otherwise, the pleading will be stricken. See Fed. R. Civ. P. 11(a). No notary is required.

H. **Certificate of Service.** Each pleading filed after the complaint must contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading will be stricken if it does not contain this certificate of service. See Fed. R. Civ. P. 5.

I. **Copies.** This Court will not make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. **Form of Pleadings.** Do not write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. **No Evidence.** No evidence shall be sent to the Court for filing or storing.

I. **PREVIOUS LAWSUITS.**

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action: Yes ( )   No (✓)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment: Yes ( )   No (✓)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

   Plaintiffs: _____N/A_____

   Defendants: _____N/A_____

   2. Court (if federal court, name the district; if state court, name the county): _____

   3. Docket Number: _____

   4. Were you granted the opportunity to proceed without payment of filing fees?  Yes ( )   No (✓)

3

5. Name of judge to whom the case was assigned: __N/A__

6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.: __N/A__

7. Approximate date of filing lawsuit: __N/A__
8. Approximate date of ruling by court: __N/A__

II. **YOUR PRESENT COMPLAINT**.

A. Place or institution where action complained of occurred: __Draper Correctional facility__

B. Date it occurred: __September 23, 2010__

C. Is there a prisoner grievance procedure in this institution? __None__

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes ( )  No (✓)

E. If your answer is YES:

   1. What steps did you take? __filed A Rule 32 Petition__

   2. What was the result? __N/A__

F. If your answer is NO, explain why not: __still Pending__

G. Your claim (**briefly** explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary): __See Attached__

4

III. **PARTIES.**

A. **Plaintiff** (Your name/AIS): Booker T. Johnson

   Your present address: 2828 Hwy 143 Elmore, Alabama 36025.

B. **Defendant(s):**

1. Defendant (full name) Jo-Beth Murphy is employed as Asst. District Attorney at mobile Circuit Court.

5

His/her present address is 205 Government St.

(a) Claim against this defendant: Malicious Prosecution - Defamation of Character.

(b) Supporting facts (Include date/location of incident): See Attached

2. Defendant (full name) John Tyson Jr. is employed as Asst. District Attorney at Mobile County Circuit Court. His/her present address is 205 Government St.

(a) Claim against this defendant: Malicious Prosecution Defamation of Character.

(b) Supporting facts (Include date/location of incident): See Attached

3. Defendant (full name) _____ is employed as _____ at _____. His/her present address is _____.

(a) Claim against this defendant: _____

(b) Supporting facts (Include date/location of incident):

c. <u>Additional Defendants</u>: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: __Murder__

2. When were you convicted? __September 23, 2010__

3. What is the term of your sentence? __35 years__

4. When did you start serving this sentence? __September 23, 2010__

5. Do you have any other convictions which form the basis of a future sentence?   Yes ( )   No (✓)
If so, complete the following:

(a) Date of conviction: __9/23/2010__

(b) Term of sentence: __35 years__

6. What is your expected end of sentence (E.O.S.) date? __N/A__

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no( ) | yes( ) no( ) |
| Expunged | yes( ) no( ) | yes( ) no( ) |
| Invalidated | yes( ) no( ) | yes( ) no( ) |
| Writ of habeas corpus granted | yes( ) no( ) | yes( ) no( ) |

None of the Above

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date:

_____

_____

V. State <u>briefly</u> exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

_____

**VI. AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

12-05-13
Date

*(Signature)*
(Signature of Plaintiff Under Penalty of Perjury)

2828 Hwy 143
Current Mailing Address

Elmore, Alabama 36025

Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

United States District Court
Southern District
of Alabama

Booker T. Johson

v.                                                    Civil Action No. _____

Jo Beth Murphree et.al.                    Mobile County Case No. _____

John Tyson JR. et.al.

## Civil Action Complaint

Comes Now Booker T. Johson, filed on This __16__ day of DEC-13, A Lawsuit Against The Above-Named Defendant's And/Or Their Agents Acting under The Color of Law, for The Claim That I Was Subjected to Malicious Prosecution, Defamation of my Good Character And move forth with Criminal Prosecution for The Alleged Crime of Murder, because of The Action by The Above-Named Defendant And/Or Their Agents Which was done fraudulent, Arbitrary, Capricious And In bad faith, As Plaintiff I seek One million Dollars for Compensatory Damages And One million Dollars In Punitive Damages from Each of The Above-Named Defendants, I'am suing Each Individual In Their Personal And Official Capacity Acting under The Color of Law, Plaintiff states The following:

### Action I.

On or about __AUG-16-10__, A Indictment was brought Against me by The Mobile County, Alabama District Attorney's office for The Alleged Crime of Murder, After Going over my Discovery And The Close Examination of This Indictment, marked As Exhibit (A) Attached to This Complaint, Clearly Shows A ficticous Name As Grand Jury foreman And is not signed by A Sitting Judge. My Case is Clearly A Case of Justifiable Homicide under The Stand Your Ground Law or Self Defense, because of The fact That I'am A African American male with A License Issued to me by The Mobile County Sheriff Office And on my Property When This Incident occurred, with The Alleged victim Drawing his Gun first Which he did not Have A License or Permit to Carry but was In fact A Thug. I stood my Ground And Protected me And my Property, And When This

went to a Mobile County Grand Jury, It was No-Billed. Because of the suprise outcome, The Mobile District Attorney's office Took It upon Themselves to falsify and fraudulent forged an Indictment against me, I Now Put This Questionable Indictment on Notice To This Honorable Court to decide It's to be Authentic, and able to support a Judgment of Conviction. Also This Indictment has "No Prosecutor" on It. I ask This Honorable Court to Docket This Civil Action. And That An Order be Issued for The Above-named Defendant's And/Or Their Agents To filed A Special Report to Include The Name and Address of The Grand Jury That Allegedly Handed Down This Indictment, Sworn Affidavit by The Judge who signed, Affidavit by Grand Jury Foreman That He or She signed This Indictment against me, I need These Documents to properly defend my cause In open Court, I ask for These Documents Under The Alabama Free Information Act.

Respectfully submitted
Booker Johnson   12-16-13

Plaintiff seek Compensatory, Punitive Damages Alone Instructive Relief

1. Plaintiff seek An Order for The Defendant's And/Or Their Agents to Respond At once by Special Report to Include, Affidavits, Pleading, Grand Jury Names and Addresses, Authentication of This Questionable Indictment by A Impartial Agency Not Connected With The State of Alabama or The Mobile District Attorney's office, And It's finding To This Honorable Court And Provide me with A Copy of It's finding.

2. Plaintiff seek one million Dollars In Compensatory Damages from The following: In Their Personal and Official Capacity: JoBeth Murphree, John Tyson Jr, to Include Homes, Property, Cars, Trucks, 401K, Bank Accounts to be Paid In full by Each Defendants.

3. Plaintiff seek one million Dollars In Punitive Damages for The Injury Cause me by The forgery of This Indictment Handed Down by The Two Individual.

4. Plaintiff seek Trial by Jury.

5. Plaintiff seek All Court Cost, Legal Fees And Any Attorney Fees to be Paid In full by The Above-Named Defendants.

## Certificate of Service

I Booker T. Johnson, filed on This 16 day of DEC 2013, A Civil Action Complaint In The United States District Court - Southern District, by Placing it in The United States Postal Service.

Booker Johnson

Draper Correctional Facility
2828 Hwy 143
Elmore, Alabama 36025

## Service of Summons

JoBeth Murphree et. Al.
205 Government St. Room C701
Mobile, Alabama 36602-2613, P.O. Box

John Tyson Jr.
205 Government St. Room C701
Mobile, Alabama 36602-2613, P.O. Box

## Action II.

In This Civil Action Against The Above-named Defendants, for The Severe Damage did to my Good Name In The Community And Across The state of Alabama And to label Me as A Murder Without Legal backing or Support As a matter of Law. The Bringing of This Charge Against Me was done In bad faith, And because of The fact That no-one is Aboved The Law, I seek one million Dollars from Each Defendants namely John Tyson JR., Jo Beth Murphree, Also for Punitive Damages I seek one million Dollars from each of These Defendants. I'am suing Them In Their Individual And Official Capacity, so That no other Alleged Criminal Defendant be subject to The mental Anguish And Humiliation Me And my family Has Suffer or Endured for The Last Passed 3 years. This Indictment And Charge brought Against me by These (2) Two Individual must Respond To of my Claim of Defamation of my Character And Good Name. Plaintiff seek An Public Apology.

## Compensatory, Punitive Damages And Injunctive Relief

1. Plaintiff seek An Order To Direct John Tyson JR And Jo Beth Murphree, To Respond At once to my Claim of Defamation of my Character by Special Report And All Evidence To support That I'am of bad Character.

2. Plaintiff seek one million Dollars In Compensatory Damages for The Defamation of my Character And Good Name.

3. Plaintiff seek one million Dollars In Punitive Damages for mental Anguish.

4. Plaintiff seek A Trial by Jury.

5. Plaintiff seek All Court Cost, Legal Fees And my Attorney Fees to be Paid In full by The Above-named Defendants.

**GRAND JURY NO. 169**
CIRCUIT COURT OF MOBILE COUNTY

03279

**THE STATE OF ALABAMA,**
**MOBILE COUNTY,**                                                                    August Session,            2009

The GRAND JURY of said County charge, that, before the finding of this indictment

Booker T. Johnson, Jr.

whose name is to the Grand Jury otherwise unknown than as stated,

did, with the intent to cause the death of **Terrance Clark**, cause the death of **Terrance Clark**, to-wit: by **shooting him with a gun**, in violation of §13A-6-2(a)(1) of the Code of Alabama,

against the peace and dignity of the State of Alabama.

                                          **JOHN M. TYSON, JR.**
No Prosecutor            District Attorney for the 13th Judicial Circuit of Alabama
                                              (County of Mobile)

A True Bill

_____
Foreperson of the Grand Jury

Bail fixed in open court at $ 50,000   this the 14th day of August, 2009

_____
Judge

Presented to the Court by the Foreperson of the Grand Jury in the presence of 17 other Grand Jurors

Filed in open court this the 14th day of August, 2009

Clerk Circuit Court, Mobile, County, Alabama

Murder

BOOKER JOHNSON
2828 ALABAMA HIGHWAY 143.
ELMORE, AL 36025

LEGAL

U.S. POSTAGE >> PITNEY BOWES

ZIP 36025 $ 000.86⁰
02 1W
0001378921 DEC. 16. 2013

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"

LEGAL
MAIL

CHARLES R. DIARD, JR. CLERK
U.S. COURTHOUSE
113 ST. JOSEPH ST.
MOBILE, AL 36602