IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOOKER T. JOHNSON, (AIS #: 274520) | * * * |
| Plaintiff, | * * |
| vs. | * CIVIL ACTION NO. 13-00624-WS-B * |
| JO BETH MURPHREE, *et al.*, | * * |
| Defendants. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be **DISMISSED** with prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), because Plaintiff's claims are frivolous.

**DONE** this 8th day of July, 2014.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE