# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BOOKER T. JOHNSON, (AIS #: 274520) | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 13-00624-WS-B |
| JO BETH MURPHREE, *et al.*, | * |
| Defendants. | * |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be **DISMISSED** with prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), because Plaintiff's claims are frivolous.

**DONE** this 8th day of July, 2014.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE